IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ott, Lashanda S

Printed: 6/24/08

Case Number: 04 B 35051
Judge: Wedoff, Eugene R
Filed: 9/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: November 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,979.70 |  |
| Secured: |  | 4,166.18 |
| Unsecured: |  | 254.91 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 368.91 |
| Other Funds: |  | 779.70 |
| Totals: | 7,979.70 | 7,979.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Americredit Financial Ser Inc | Secured | 4,166.18 | 4,166.18 |
| 3. | Americredit Financial Ser Inc | Unsecured | 12.56 | 31.54 |
| 4. | AT&T Wireless | Unsecured | 88.98 | 223.37 |
| 5. | Peoples Energy Corp | Unsecured | 57.19 | 0.00 |
| 6. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 7. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 8. | GC Services Corporation | Unsecured | | No Claim Filed |
| 9. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 10. | Northland Group Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,734.91 | $ 6,831.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 65.92 |
| 4% | 24.34 |
| 3% | 18.25 |
| 5.5% | 100.44 |
| 5% | 30.42 |
| 4.8% | 58.42 |
| 5.4% | 71.12 |
| | _____ |
| | $ 368.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ott, Lashanda S | Case Number:  04 B 35051 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  9/21/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

